George WASHINGTON, Plaintiff, Appellant,

v.

CUMBERLAND COUNTY JAIL, Defendant, Appellee.

No. 05–1594.

United States Court of Appeals, First Circuit.

Dec. 30, 2005.

George Washington, on brief, pro se.

Michael J. Schmidt, on brief, for defendant, appellee.

Before BOUDIN, Chief Judge, TORRUELLA and HOWARD, Circuit Judges.

PER CURIAM.

After carefully considering the briefs and record on appeal, we *affirm* the judgment below.[1]

The record at summary judgment failed to reveal any trial-worthy issue. Fed. R.Civ.P. 56(c); *Triangle Trading Co., Inc., v. Robroy Indus., Inc.* 200 F.3d 1 (1st Cir.1999). Among other problems, the appellant admitted that he never exhausted

---

1. Accordingly, we shall not appoint of counsel for the appellant.

administrative remedies concerning his claim that he was denied access to legal materials. *Nicolo v. Philip Morris, Inc.*, 201 F.3d 29 (1st Cir.2000). In addition, he raises new issues on appeal that were not developed below, thus, are not properly before us. *Hernandez–Hernandez v. United States*, 904 F.2d 758 (1st Cir.1990).

*Affirmed.* 1st Cir. R. 27(c).